UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GEORGE W. KELLY, #2020362                CIVIL ACTION

VERSUS                                    NUMBER:  07-611

SHERIFF MARLIN GUSMAN, ET AL              SECTION   S (1)

## O R D E R

This Court previously denied plaintiff permission to proceed *in forma pauperis* because he failed to provide the certification required by 28 U.S.C. § 1915(a)(2).  Plaintiff has now filed that certification, which the Court construes as a motion for reconsideration of the denial pauper status. Because the certification establishes that plaintiff is entitled to proceed as a pauper, the motion for reconsideration is **GRANTED**, and plaintiff is allowed to proceed *in forma pauperis* under the conditions set forth in this Court's separate order issued this date.

New Orleans, Louisiana, this twenty-second day of February, 2007.

_____
SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE