UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GEORGE W. KELLY                                                           CIVIL ACTION

VERSUS                                                                          NO. 07-611

SHERIFF MARLIN GUSMAN, ET AL.                                SECTION: "S"(1)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection (Document #13) to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims are **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

New Orleans, Louisiana, this 5th day of July, 2007.

_____
UNITED STATES DISTRICT JUDGE